*Toni M. Smith-Rosario*, senior assistant state's attorney, in opposition.

Decided June 23, 2011

### STATE OF CONNECTICUT *v.* GABRIEL R. DIMECO III

The defendant's petition for certification for appeal from the Appellate Court, 128 Conn. App. 198 (AC 32202), is denied.

HARPER, J., did not participate in the consideration of or decision on this petition.

*John R. Williams*, in support of the petition.

*Nancy L. Chupak*, senior assistant state's attorney, in opposition.

Decided June 23, 2011

### IN RE SARAH O.

The petition by the respondent mother for certification for appeal from the Appellate Court, 128 Conn. App. 323 (AC 32449), is denied.

*Inez M. Diaz Galloza*, in support of the petition.

*Colleen B. Valentine*, assistant attorney general, in opposition.

Decided June 23, 2011

### IN RE JUSTIN F.

The petition by the respondent parents for certification for appeal from the Appellate Court (AC 33234) is denied.

*Kimberly L.*, pro se, and *Anthony L.*, pro se, in support of the petition.

Decided June 23, 2011